UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>KAREN RENEE HOWELL</u>,

    Petitioner,

v.                                        3:06-cv-178

<u>REUBEN HODGE, Warden</u>,

    Respondent.

## **O R D E R**

This is a *pro se* petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254; the filing fee has been paid. Petitioner challenges judgments of conviction entered by the Criminal Court for Greene County, Tennessee. Greene County, Tennessee, is within the jurisdiction of the Northeastern Division of this Court. Accordingly, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Eastern District of Tennessee, Northeastern Division, at Greeneville, Tennessee.

**E N T E R:**

                                                    s/ Thomas W. Phillips
                                                  United States District Judge